RECEIVED
JUL 0 8 2008
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

FILED
U.S DISTRICT COURT
2008 JUL 15 A 10: 3b
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

David L. Arrington (4267)
Steve K. Gordon (5958)
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
(801) 415-3000
(801) 415-3500 fax

Attorneys for Verizon Communications, Inc.; Cellular, Inc. Network Corporation; Utah RSA 6 Limited Partnership; Verizon Power Partners, Inc.; Wasatch Utah RSA No. 2 Limited Partnership; Verizon Wireless Utah, LLC; Verizon Wireless (VAW), LLC, and Vodafone Group, Plc

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RAY BIRMINGHAM,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et al.,<br><br>Defendants. | ORDER GRANTING<br>VERIZON COMMUNICATION INC.'S<br>MOTION FOR SUMMARY JUDGMENT<br><br>Case No. 2:06-cv-00702 BSJ<br><br>Judge Bruce S. Jenkins |

On May 30, 2008, defendant Verizon Communication Inc. ("VCI"), through counsel, filed and served its Motion for Summary Judgment and supporting memorandum. Pursuant to Fed. R. Civ. P. 6 and DUCivR 56-1(b), plaintiff's response was due on or before July 2, 2008. As of the date of this Order, plaintiff has not filed any response. Accordingly, VCI's Motion for

Summary Judgment is unopposed. Based on the foregoing, the Court hereby grants VCI's Motion for Summary Judgment and enters judgment in VCI's favor on all of plaintiff's claims.

Dated this 14 day of July, 2008.

BY THE COURT

Honorable Bruce S. Jenkins
United States District Court Judge